## ELEFTHERIOS STAVRAKIS *v.*
## SATBIR SINGH PAUL ET AL.
### (14725)

Lavery, Heiman and Hennessy, Js.

Submitted on briefs January 21—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

## PENNIE AND EDMONDS *v.* DAVID L. HILL
### (16100)

O'Connell, Lavery and Landau, Js.

Argued January 22—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

## RONALD J. MARTIN *v.* LISA A. MARTIN
### (15386)

O'Connell, Lavery and Landau, Js.

Argued January 22—officially released February 11, 1997

Per Curiam. See *Bryant* v. *Bryant*, 228 Conn. 630, 637 A.2d 1111 (1994); *State* v. *Curcio*, 191 Conn. 27, 463 A.2d 566 (1983).

The appeal is dismissed.